June 8, 2015

Doris Fontenot
14980 Mildale Road
Zachary, LA 70791
Phone 225-654-4392
e-mail dorisnell1949@yahoo.com

REC'D IN COURT OF APPEALS
12th Court of Appeals District
JUN 11 2015
TYLER, TEXAS
CATHY S. LUSK, CLERK

Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, TX 75702

In the Matter of the Marriage of
Jimmie Fontenot and Doris Fontenot
Case Number 12-15-00110-CV
Trial Court Case Number 14-1726-E

I would like to apologize for my paperwork being hand written. I do not own a computer.

I would also like to apologize that because of two strokes, I have diminished comprehension.

Doris Fontenot

Certification of Service:

June 8, 2015 - mailed Certified
                Return Receipt Requested

1) Twelfth Court of Appeals
   1517 West Front Street
   Suite 354
   Tyler, TX 75702

2) Smith County Courthouse
   100 N. Broadway
   Tyler, TX 75702


Doris Fontenot
Doris Fontenot

*Original Perfected Appeal*

*Doris Fontenot*

Doris Fontenot
14980 Mildale Rd
Zachary, LA
70791

225-654-4392
dorisnell1949@yahoo.com

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Smith County Courthouse
100 N. Broadway
Suite 204
Tyler, TX 75702

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Gabriela Hernandez    5/26/15

D. Is delivery address different from item 1? ☒ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail®    ☐ Priority Mail Express™
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7014 1200 0001 8395 8980

PS Form 3811, July 2013    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jimmie Fontenot
18864 Peachtree Lane
Lindale, TX 75771

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
J.R. Fontenot    5-9-15

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail®    ☐ Priority Mail Express™
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7014 2120 0000 0935 3250

PS Form 3811, July 2013    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Twelfth Court of Appeals
1517 West Front St. Suite 354
Tyler, TX 75702

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail®    ☐ Priority Mail Express™
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7014 2120 0000 0935 3243

PS Form 3811, July 2013    Domestic Return Receipt

UNITED STATES POSTAL SERVICE
DALLAS 750
26 MAY '15
PM 7 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Doris Fontenot
14980 Mildale Rd,
Zachary, LA 70791

UNITED STATES POSTAL SERVICE
DALLAS 750
08 MAY '15
PM 5 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Doris Fontenot
14980 Mildale Road
Zachary, LA 70791

N TEXAS
UNITED STATES POSTAL SERVICE
DALLAS 750
11 MAY '15
PM 7 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Doris Nell Fontenot
14980 Mildale Road
Zachary, LA 70791